**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CARL WEAVER on behalf of himself and those similarly situated, DAVID ADAMS on behalf of himself and those similarly situated,**

     **Plaintiffs,**

-vs-             Case No.   6:10-cv-1309-Orl-28DAB

**ORANGE COUNTY, FLORIDA,**

     **Defendant.**

_____

# ORDER

This case is before the Court on the Joint Motion to Approve Settlement (Doc. No. 36) filed March 7, 2011.  The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were filed,[1] the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

  1.  That the Report and Recommendation filed April 25, 2011 (Doc. No. 41) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

  2.  The Joint Motion to Approve Settlement (Doc. No. 36) is **GRANTED**.

---

[1] Plaintiffs filed a timely objection (Doc. No. 43) but subsequently withdrew their objection (Doc. No. 46).

3. The settlement amounts for the four Plaintiffs named in the Motion are approved as fair and reasonable resolutions of bona fide Fair Labor Standard Act ("FLSA") disputes. The attorney's fee portion of the settlement is also approved as a fair and reasonable resolution of a bona fide FLSA dispute.

4. This case is dismissed with prejudice.

5. The Clerk of the Court is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __6th__ day of June, 2011

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

JOHN ANTOON II
United States District Judge